Argued and submitted June 28, reversed and remanded September 11, 1996

EMMETT G. DeHART,
*Appellant,*

*v.*

S. Frank THOMPSON,
Superintendent,
Oregon State Penitentiary,
and Dianne Middle, Chair,
Oregon State Board of Parole,
*Respondents.*

(96C10175; CA A91721)

922 P2d 1278

Steven H. Gorham argued the cause for appellant. On the brief was Emmett C. DeHart, *pro se.*

Richard D. Wasserman argued the cause for respondents. On the brief were Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Stephen L. Madkour, Assistant Attorney General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.